IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-00789-REB-PAC

EMILIA WILLS, f/k/a EMILIA VIDALI,

    Plaintiff,

v.

UNITED DOMINION REALTY TRUST, INC., a Virginia corporation,
AMERICAN APARTMENT COMMUNITIES OPERATING PARTNERSHIP, L.P.,
d/b/a MOUNTAIN VIEW APARTMENTS, a Delaware limited partnership, and
AMERICAN APARTMENT COMMUNITIES III, L.P., a Delaware limited partnership,

    Defendants.

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

    IT IS HEREBY **ORDERED** that the Unopposed Motion to Reschedule the Scheduling Conference [filed May 31, 2006; Doc. No. 23] is **GRANTED** as follows:

    The Scheduling Conference set for June 30, 2006 is ***vacated and reset*** to **July 6, 2006 at 10:00 a.m.**, in Courtroom A501.  The proposed Scheduling Order is due on or before **June 30, 2006.**

    In compliance with D.C.Colo. LCivR 83.2B all parties, counsel and witnesses shall have valid, current, photo identification when entering the courthouse.

Dated:  June 2, 2006