**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 06-cv-00789-REB-PAC

EMILIA WILLS, formerly known as EMILIA VIDALI,

    Plaintiff,

v.

UNITED DOMINION REALTY TRUST, INC., a Virginia corporation,
AMERICAN APARTMENT COMMUNITIES OPERATING PARTNERSHIP, LP., a
Delaware limited partnership, d/b/a MOUNTAIN VIEW APARTMENTS, and
AMERICAN APARTMENT COMMUNITIES III, LP., a Delaware limited partnership,

    Defendants.

**ORDER DISMISSING DEFENDANTS
AMERICAN APARTMENT COMMUNITIES OPERATING PARTNERSHIP, L.P.
AND AMERICAN APARTMENT COMMUNITIES III, L.P.**

**Blackburn, J.**

The matter before the court is the **Stipulated Motion to Dismiss Defendants American Apartment Communities Operating Partnership, L.P. and American Apartment Communities III, L.P.** [#35], filed July 19, 2006.  After careful review of the motion and the file, the court has concluded that the motion should be granted and that plaintiff's claims against defendants, American Apartment Communities Operating Partnership, L.P., and American Apartment Communities III, L.P., should be dismissed without prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1.  That the **Stipulated Motion to Dismiss Defendants American Apartment Communities Operating Partnership, L.P. and American Apartment Communities**

-2-

**III, L.P.** [#35], filed July 19, 2006, is **GRANTED**;

      2. That plaintiff's claims against defendants, American Apartment Communities Operating Partnership, L.P., and American Apartment Communities III, L.P., **ARE DISMISSED WITHOUT PREJUDICE** with the parties to pay their own attorney fees and costs; and

      3. That defendants, American Apartment Communities Operating Partnership, L.P., and American Apartment Communities III, L.P., are **DROPPED** as named parties to this action, and the case caption is amended accordingly.

      Dated July 20, 2006, at Denver, Colorado.

                                                **BY THE COURT:**

                                                **s/ Robert E. Blackburn**
                                                **Robert E. Blackburn**
                                                **United States District Judge**