IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-00789-REB-PAC

EMILIA WILLS, f/k/a EMILIA VIDALI,

    Plaintiff,

v.

UNITED DOMINION REALTY TRUST, INC., a Virginia corporation,
d/b/a MOUNTAIN VIEW APARTMENTS, a Delaware limited partnership, and

    Defendants.

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

    IT IS HEREBY **ORDERED** that Plaintiff's Combined Unopposed Motion to Amend Complaint and Jury Demand and to Add United Dominion Realty, L.P. and AAC Funding Partnership III as Defendants [filed July 19, 2006; Doc No. 34] is **GRANTED.**

    The Amended Complaint and Jury Demand tendered on July 19, 2006 shall be accepted as filed this date.

Dated:  July 21, 2006