**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 06-cv-00789-REB-PAC

EMILIA WILLS, formerly known as EMILIA VIDALI,

    Plaintiff,

v.

UNITED DOMINION REALTY TRUST, INC., a Maryland corporation,
UNITED DOMINION REALTY, L.P. a Delaware limited partnership, and
AAC FUNDING PARTNERSHIP III, a Delaware general partnership,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

    The matter before the court is the **Stipulation for Dismissal With Prejudice** [#63], filed December 19, 2006. After careful review of the motion and the file, the court has concluded that the stipulation should be approved and that this action should be dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the  is **Stipulation for Dismissal With Prejudice** [#63], filed December 19, 2006, is **APPROVED**;

    2. That this action **IS DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs;

    3. That the Trial Preparation Conference set for October 5, 2007, is **VACATED**; and

-2-

4. That the jury trial set to commence October 22, 2007, is **VACATED**.

Dated December 19, 2006, at Denver, Colorado.

                                                        **BY THE COURT:**

                                                        **s/ Robert E. Blackburn**
                                                        **Robert E. Blackburn**
                                                        **United States District Judge**